UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR TAMAYO,<br>Plaintiff,<br>v.<br>SPINNAKER INSURANCE COMPANY,<br>Defendant. | Case No. 1:26-cv-02037-KES-FJS<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR AT SCHEDULING CONFERENCE<br><br>TWO (2) DAY DEADLINE |

On August 4, 2026, the parties were ordered to appear for a mandatory scheduling conference before the undersigned. Defendant's counsel Birgit Huber Willand was telephonically present. Plaintiff's counsel Tina Haji Abdolhosseini ("Abdolhosseini") did not make a telephonic appearance despite the courtroom clerk emailing and calling Abdolhosseini. After a phone call to Abdolhosseini's office, the courtroom clerk was informed that a substitute would appear on Abdolhosseini's behalf. No such substitute appeared before the court.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why sanctions should not issue to Plaintiff's counsel for failing to appear at the telephonic scheduling conference set for August 4, 2026, at 10:30 a.m. Plaintiff shall file a written response to this OSC with a signed declaration by Plaintiff's counsel within two (2) days of the date of this order.

IT IS SO ORDERED.

Dated: **August 5, 2026**

UNITED STATES MAGISTRATE JUDGE