UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR TAMAYO,

Plaintiff,

v.

SPINNAKER INSURANCE COMPANY,

Defendant.

Case No. 1:26-cv-02037-KES-FJS

ORDER SETTING SCHEDULING CONFERENCE

On August 4, 2026, the parties were to appear for a mandatory scheduling conference before the undersigned. Defendant's counsel Birgit Huber Willand was telephonically present. Plaintiff's counsel Tina Haji Abdolhosseini did not make a telephonic appearance.

Accordingly, a scheduling conference is SET for <u>August 12, 2026, at 11:00 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer</u>. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **August 10, 2026**

UNITED STATES MAGISTRATE JUDGE